IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD S. JAMES,

                                                                ORDER

                Plaintiff,

                                                                17-cv-172-bbc

     v.

JOSHUA WISE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On December 4, 2017, defendant Joshua Wise moved for summary judgment on pro se plaintiff Donald S. James' excessive force claim. Plaintiff's opposition materials were due on January 3, 2018, but he has not responded to defendant's motion or communicated with the court in any way. Plaintiff's failure to respond to defendant's motion suggests that plaintiff may have lost interest in pursuing his case and no longer intends to prosecute it.

I will give plaintiff one more opportunity to submit a substantive response to defendant's motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Donald S. James may have until March 8, 2018 to file a response to defendant Joshua Wise's motion for summary judgment. If plaintiff does not

1

respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered this 22d day of February, 2018.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge