IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD S. JAMES,

                             Plaintiff,

ORDER

v.

17-cv-172-bbc

JOSHUA WISE,

                             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On December 4, 2017, defendant Joshua Wise moved for summary judgment on pro se plaintiff Donald S. James's excessive force claim. Plaintiff's opposition materials were due on January 3, 2018, but he failed to respond to defendant's motion or communicate with the court in any way. On February 22, 2018, I gave plaintiff until March 8, 2018 to file a response to defendant's motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. Dkt. #11. Plaintiff's new deadline has passed, and the court has received nothing from him. Accordingly, I am dismissing this case with prejudice for plaintiff's failure to prosecute. James v. McDonald's Corp., 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.")

ORDER

IT IS ORDERED that plaintiff Donald S. James's claims are DISMISSED WITH
PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment for
defendant and close this case.

Entered this 28th day of March, 2018.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge