IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD S. JAMES,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

17-cv-172-bbc

v.

JOSHUA WISE,

        Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

| /s/ | 3/28/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |